SMITH LARSEN & WIXOM
A T T O R N E Y S
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL. (702) 252-5002 • FAX (702) 252-5006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EASTON HARVEY, an individual,      )    CASE NO.      2:11-cv-00182-GMN-LRL
                                   )
            Plaintiff,             )
                                   )
vs.                                )    [PROPOSED]
                                   )    **ORDER**
WASHINGTON MUTUAL BANK, F.A;       )    **EXPUNGING LIS PENDENS**
JP MORGAN CHASE BANK, N.A.;        )
CALIFORNIA RECONVEYANCE            )
COMPANY; EXECUTIVE TRUSTEE         )
SERVICES, LLC; MERSCORP, INC., a   )
Virginia Corporation; MORTGAGE     )
ELECTRONIC REGISTRATION            )
SYSTEMS, INC., a subsidiary of     )
MERSCORP, Inc., a Delaware corporation; )
AND DOES I  individuals 1 to 100,  )
Inclusive; and ROES ) Corporations 1 to 30, )
Inclusive;                         )
                                   )
            Defendants.            )
_____)

    The Court, having granted the Motion to Expunge Lis Pendens (Doc. #15) filed by

Defendants JPMorgan Chase Bank, N.A., and California Reconveyance Company, and good cause

appearing therefor,

**IT IS HEREBY ORDERED** that the Notice of Lis Pendens Affecting Real Property, filed in Case No. A-11-632457, in the Eighth Judicial District Court, Clark County, Nevada, and recorded by Plaintiff on January 10, 2011, in the Official Records of the Clark County, Nevada Recorder, as Instrument No. 201101100002119 (a copy of which is attached hereto as Exhibit A) is hereby expunged and fully discharged, and is of no further force and effect for any purposes;

**IT IS FURTHER ORDERED** that the real property located at 900 S. Las Vegas Boulevard, Unit 903, Las Vegas, Nevada, associated with Clark County, Nevada (Assessor Parcel No. 139-34-411-035) which is the subject of this action is fully exonerated from the Notice of Lis Pendens Affecting Real Property.

Dated this ___ day of August, 2011

_____
UNITED STATES DISTRICT JUDGE

2

SMITH LARSEN & WIXOM
A T T O R N E Y S
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL. (702) 252-5002 • FAX (702) 252-5006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMITH LARSEN & WIXOM
A T T O R N E Y S
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL. (702) 252-5002 • FAX (702) 252-5006

**EXHIBIT A**



**RECORDING COVER PAGE**

Inst #: 201101100002119
Fees: $16.00
N/C Fee: $0.00
01/10/2011 09:05:00 AM
Receipt #: 637647
Requestor:
JUNES LEGAL SERVICES
Recorded By: BGN  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

**APN#**  139-34-411-035

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT   (DO NOT Abbreviate)**

NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY

**Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.**

**Recording requested by:**

JUNES LEGAL SERVICE

**Return to:**

**Name** EASTON HARVEY

**Address** 638 S. 700 WEST

**City/State/Zip** OREM, UTAH 84058-6038

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
01/04/2011 11:35:27 AM

CLERK OF THE COURT

RECORDING REQUESTED BY: Plaintiff:  EASTON HARVEY
AND WHEN RECORDED MAIL TO:

**LISP**
 EASTON HARVEY
638 S 700 WEST
OREM,  UT 84058-6038
801-592-5600
eastonharvey@hotmail.com

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DISTRICT COURT

# CLARK COUNTY, NEVADA

EASTON HARVEY an individual,

　　　　Plaintiff(s)

　　　　vs.

WASHINGTON MUTUAL BANK, F.A; JP
MORGAN CHASE BANK N.A.;
CALIFORNIA RECONVEYANCE
COMPANY;EXECUTIVE TRUSTEE
SERVICES,LLC.; MERSCORP, INC., a
Virginia Corporation, MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. a subsidiary of MERSCORP, Inc., a
Delaware corporation; AND DOES I
individuals 1 to 100, Inclusive; and ROES
Corporations 1 to 30, Inclusive; and all other
persons and entities unknown claiming any
right, title, estate, lien or interest in the real
property described in the Complaint adverse to
Plaintiff's ownership, or any cloud upon
Plaintiff's title thereto,

　　　　**Defendants.**

CASE NO.:_ A-11- 632457

DEPARTMENT:XV 11

## NOTICE OF LIS PENDENS
## AFFECTING REAL PROPERTY
**NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON
SERVICE OF THE PARTY REQUESTING SAME
WHEN ISSUED AND AGAINST THE OTHER PARTY
WHEN SERVED, AND SHALL REMAIN IN EFFECT
FROM THE TIME OF ITS ISSUANCE UNITL TRIAL
OR UNTIL DISSOLVED OR MODIFIED BY THE
COURT. DISOBEDIENCE OF THIS LIS PENDENS IS
PUNISHABLE BY CONTEMPT**

## TO: ALL INTERESTED PARTIES
NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter
608, that there is currently pending in the Judicial District Court.
The action which affects the Title to a specific parcel of real property and the right to lawful
possession of the same, the property location is:

　　　　900 S. Las Vegas Blvd. Unit 903, Las Vegas, NV 89101　　　　　　**Page 1.**

NOTICE OF PENDANCY OF ACTION

And of which the legal description is as follows:

APN#139-34-411-035

Plat Book 120, Page 42, Unit 903, Block XX and by Certificate of record on 7/17/2007 in Book 20070717 as Inst. No.03787 all in the office of the County Recorder for Clark County, NEVADA.

and which is identified in the complaint of this action.

The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:
1. Quiet Title
2. Deceptive Trade Practices
3. Wrongful Foreclosure- Set Aside Trustee Sale
4. Conspiracy To Commit Wrongful Conversion
5. Statutorily Defective Foreclosure- NRS 107.080
6. Broken Chain of Custody (promissory Note)
7. Wrongful Filing of Unlawful Detainer
8. Injunctive Relief
9. Declaratory Relief
10. (Rescission)Cancel Deed of Trust

NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.

DATED this _3_ day of January, 2011.

Plaintiff Signature(s):

EASTON HARVEY
638 S 700 WEST
OREM, UT 84058-6038
801-592-5600
eastonharvey@hotmail.com

ACKNOWLEDGEMENT

Subscribed and sworn to before me this _3_ day of January, 2011.

Signed _____ Seal _____

DEBORAH SCHUFF
Notary Public, State of Nevada
Appointment No. 99-50741-1
My Appt. Expires Oct 13, 2014

NOTARY PUBLIC in and for the County of Clark, State of Nevada.

Page 2.